

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE XPO LOGISTICS FREIGHT, INC. AND SERGIO CALDERA, | § § | No. 08-25-00184-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Relators XPO Logistics Freight, Inc. and Sergio Caldera filed a petition for writ of mandamus regarding a purported July 16, 2025 order granting a motion to compel and ordering the production of private financial records by close of business today.

After reviewing the petition and mandamus record, the Court has determined that Relators are not entitled to relief. The record in this original proceeding does not contain a copy of the written, signed order of which Relators complain. *See* Tex. R. App. P. 52.3(k)(1)(B) (requiring, as part of the mandamus appendix, "a certified or sworn copy of any order complained of"). Instead, the record contains copies of emails dated July 15, 2025, regarding requests for proposed orders and the trial court's intent to grant the motion to compel, along with the proposed order to that effect. Without the signed order, this Court cannot consider the petition or the temporary relief requested in the associated motion for emergency relief. *See In re Weaver*, 08-25-00162-CV, 2025 WL 1774127, at *1 (Tex. App.—El Paso June 26, 2025, no pet.) (mem. op.).

Accordingly, the petition is DENIED.[1]


LISA J. SOTO, Justice


July 17, 2025

Before Rodriguez, C. J.(Senior Judge), Palafox and Soto, JJ.
Rodriguez, C.J. (Ret.), sitting by assignment

---

[1] The emergency motion is denied as moot.